IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 07 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                CRIMINAL NO. 2:19-cr-28-KS-MTP-2

THOMAS EDWARD STURDAVANT, M.D.

ORDER GRANTING ORE TENUS MOTION TO DISMISS

On motion of the United States Attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice Counts 1(b), 4, 5, 6, 9, and 10 of the Indictment in Criminal No. 2:19-cr-28-KS-MTP-2 against the defendant, THOMAS EDWARD STURDAVANT, M.D., the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Counts 1(b), 4, 5, 6, 9, and 10 of the Indictment in Criminal No. 2:19-cr-28-KS-MTP-2 against the defendant, THOMAS EDWARD STURDAVANT, M.D., is hereby dismissed without prejudice.

This the 6th day of July, 2020.

_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE